IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RONALD CUNAGIN, as father and
next friend of J.C., an infant,

        Plaintiff,

v.                        CIVIL ACTION NO.  3:19-0250

CABELL HUNTINGTON HOSPITAL, INC.,
a West Virginia corporation,

        Defendant.

## ORDER

For reasons appearing before the Court, the Court **GRANTS** Plaintiff Ronald Cunagin's Motion to File Verified Petition for Approval of Settlement and Distribution of Settlement Proceeds and Order Related Thereto Under Seal. ECF No. 242.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:  September 14, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE